[No. 3161–6–III.   Division Three.   January 3, 1980.]

BENNION & VAN CAMP, *Respondent,* v. CPT
CORPORATION, *Appellant.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 246227, George T. Shields, J., entered
November 7, 1978. *Reversed* by unpublished opinion per
Munson, J., concurred in by McInturff and Roe, JJ.

[No. 2750–3–III.   Division Three.   January 3, 1980.]

JACK ADAMS, ET AL, *Respondents,* v. RHUEL
SMITH, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Douglas County, No. 11107, B. E. Kohls, J., entered Janu-
ary 27, 1978. *Affirmed as modified* by unpublished opinion
per McInturff, J., concurred in by Green, C.J., and Munson,
J.

[No. 6522–0–I.   Division One.   January 7, 1980.]

ELENA CURRY, *Respondent,* v. LEE A. VASSER,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 841194, T. Patrick Corbett, J., entered March
31, 1978. *Affirmed* by unpublished opinion per Swanson, J.,
concurred in by Callow, C.J., and James, J.